JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMARY RESOURCES NETWORK INC., <br><br>         Plaintiff, <br><br>    v. <br><br> OTONIEL PINEDA, ET AL., <br><br>         Defendant. | Case No. CV 15-1214-DOC-(PJWx) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION TO ORANGE COUNTY SUPERIOR COURT |

Before the Court is an unlawful detainer action that Eduardo Garcia removed from the Orange County Superior Court. For the following reasons, the case is summarily remanded back to that court.[1]

On April 21, 2015, Plaintiff Primary Resources Network, Inc. filed an unlawful detainer action in the Orange County Superior Court, alleging that Defendants owed $1700 in past-due rent. On July 29, 2015, Eduardo Garcia removed the action to this court, arguing that

---

[1] As an initial matter, although Mr. Garcia refers to himself as a defendant in the state court action, it appears that he is not a defendant but merely an interested party. If that is the case, it is an additional reason to remand the action. *See Yakama Indian Nation v. State of Wash. Dept. of Revenue*, 176 F.3d 1241, 1248-49 (9th Cir. 1999) (right to remove case is vested exclusively in defendants).

there was federal question jurisdiction because the resolution of the action turns on questions of federal law.

Generally speaking, federal district courts lack subject matter jurisdiction over unlawful detainer actions like this one because they are grounded in state, not federal, law and do not become federal cases when a defendant raises a federal question as an affirmative defense or counterclaim. *See Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) ("Federal jurisdiction cannot be predicated on an actual or anticipated defense. . .[or] rest upon an actual or anticipated counterclaim.") (internal citations omitted). Further, it is clear from the face of the Complaint that there is no diversity jurisdiction under 28 U.S.C. § 1332 because, even if Garcia could establish diversity, the amount in controversy is less than $10,000. As a result, Garcia's removal of the action was improper and the case will be remanded to the Superior Court for further proceedings. *See* 28 U.S.C. § 1441(a); *see also Gaus v. Miles, Inc.*, 980 F.2d 564, 567 (9th Cir. 1992).

IT IS ORDERED that (1) pursuant to 28 U.S.C. § 1447(c), this case is REMANDED to the Orange County Superior Court - Central Justice Center, 700 Civic Center Drive West, Santa Ana, CA 92701; (2) the clerk shall send a certified copy of this Order to the state court; and (3) the clerk shall serve copies of the Order on the parties.

IT IS SO ORDERED.

DATED: August 6, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Pineda.wpd